# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM CHOATE,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTA RADIO, LLC, a subsidiary of CUMULUS MEDIA, INC., and CUMULUS MEDIA, INC.<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-04234-JPB-AJB<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL**

The parties above-named, through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to the dismissal with prejudice of all claims and counterclaims in the above captioned action. Each party will bear his/its own attorneys' fees, expenses, and costs.

Respectfully submitted this 27th day of September, 2024.

*/s/ Jeffrey J. Costolnick*
Natalie N. Turner
Georgia Bar No. 719626
natalie.turner@ogletree.com

-2-

        Jeffrey J. Costolnick
        Georgia Bar No. 637168
        jeffrey.costolnick@ogletree.com
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        One Ninety One Peachtree Tower
        191 Peachtree Street, NE, Suite 4800
        Atlanta, Georgia 30303
        Telephone:  (404) 881-1300
        Facsimile:  (404) 870-1732

        *Attorneys for Defendants*

        <u>*/s/ David A. Roberts*</u>          *
        David A. Roberts
        Brian S. Abrams
        HALL, GILLIGAN, ROBERTS
        & SHANLEVER LLP
        3340 Peachtree Road NE, Suite 1900
        Atlanta, Georgia 30326
        droberts@hgrslaw.com
        babrams@hgrslaw.com

        *Attorneys for Plaintiff*

        *(with express permission)

-3-

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIAM CHOATE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:20-cv-04234-JPB-AJB |
| ATLANTA RADIO, LLC, a subsidiary of CUMULUS MEDIA, INC., and CUMULUS MEDIA, INC. | JURY TRIAL DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2024, I caused to be electronically filed the foregoing **Joint Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. Parties may access this filing through the court's CM/ECF System.

*/s/ Jeffrey J. Costolnick*
Jeffrey J. Costolnick
Georgia Bar No. 637168